STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Michael T. Bell
Law Office
412 N. 4th Street, Ste. 250
Baton Rouge LA 70802

REHEARING ACTION: April 20, 2011

Docket Number: 10   01141-KW

STATE OF LOUISIANA
VERSUS
JASON D. HARDNICK

Writ Application from Calcasieu Parish Case No. 18756-08

BEFORE JUDGES:

Hon. John D. Saunders
Hon. J. David Painter
Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jason D. Hardnick** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for the Respondent
Carla Sue Sigler, Counsel for the Applicant